UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARY HUGHES,**

    **Plaintiff,**

v.                                       Case No:5:12-CV-83-Oc-32PRL

**TERRY L. BRAUN and SAPPHIRE
DENTAL L.L.C.**

    **Defendants.**

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Permission to Bring One Cellular Telephone into the United States Courthouse (Doc. 34). Counsel for Defendants, Paul Donnelly, seeks leave to bring his cellular telephone into the United States Courthouse for use during the settlement conference set for November 29, 2012.

Upon due consideration, Defendants' Motion (Doc. 34) is **GRANTED**. Counsel for Defendants, Paul Donnelly, is authorized to bring one cellular telephone into the United States Courthouse in Ocala for use during the settlement conference scheduled to begin at 10:00 a.m. on Thursday, November 29, 2012. Counsel shall present a copy of this Order to the Court Security Officers at the entrance to the Courthouse with appropriate identification.

**DONE** and **ORDERED** in Chambers in Ocala, Florida on November 21, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Court Security Officers