**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**MARY HUGHES,**

    **Plaintiff,**

**v.**                                                          **Case No:5:12-CV-83-Oc-32PRL**

**TERRY L. BRAUN and SAPPHIRE
DENTAL L.L.C.**

    **Defendants.**

---

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Allow Corporate Representative to Represent Defendant Terry L. Braun at Settlement Conference. (Doc. 33).

The parties are scheduled to participate in a settlement conference before the undersigned on November 29, 2012. Defendant, Terry L. Braun requests that the Court excuse his attendance at the settlement conference and allow Michael J. Reuschel, the corporate representative of Defendant, Sapphire Dental L.L.C. to represent his interests. Mr. Reuschel will appear in person at the settlement conference with full and complete authority to settle all pending issues as to both Defendants. Dr. Braun expressly "grants Mr. Reuschel the full and complete authority to negotiate and consummate a settlement on his behalf" and confirms that he will be available by telephone to answer any questions that may arise during the settlement conference. Plaintiff has no objection to the motion so long as Dr. Braun is available by telephone.

Under these circumstances, Defendants' Motion (Doc. 33) is **GRANTED** <u>with the requirement that Dr. Braun participate telephonically in the opening statements that are scheduled to begin at 10:00 a.m. and that he be readily available for further contact throughout</u>

<u>the entirety of the settlement conference</u>.  Counsel for Dr. Braun shall contact Donna DeNicola at (352) 369-4864 on Monday, November 26, 2012, to coordinate Dr. Braun's participation.

**DONE** and **ORDERED** in Ocala, Florida on November 21, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Donna DeNicola