**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**MARY HUGHES,**

    **Plaintiff,**

**v.**                                                     **Case No: 5:12-CV-83-Oc-32PRL**

**TERRY L. BRAUN and SAPPHIRE
DENTAL L.L.C.**

    **Defendants.**

---

**ORDER**

On November 29, 2012, the parties appeared for a settlement conference before the undersigned and successfully reached a settlement. Accordingly, on or before **December 10, 2012**, the parties shall file a motion and proposed settlement agreement.

**DONE** and **ORDERED** in Ocala, Florida on November 29, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies with attachments furnished to:

Counsel of Record